# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSHUA JEREMIAH GIPSON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 84323

**FILED**

MAR 2 4 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se original postconviction petition for a writ of habeas corpus challenging a criminal conviction on the grounds of ineffective assistance of counsel. An original petition in this court for a writ of habeas corpus is an improper method to challenge the conviction, as such a petition should be made in the district court in the first instance. NRS 34.738; NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court. If an application is made to the district court and denied, the proper remedy is by appeal from the district court's order denying the writ."). Further, appellant has not provided this court with documentation supporting his claim for relief. NRAP 21(a)(4) (providing that a petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

22-09287

Additionally, on March 3, 2022, this court issued a notice directing petitioner to provide proof of service upon respondents. Petitioner has failed to do so, which constitutes an additional reason to deny the writ. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc: Joshua Jeremiah Gipson
   Attorney General/Carson City
   Clark County District Attorney
   Eighth District Court Clerk